**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Alexis Jackson
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Arkeevia Lewis
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

B. Jones
SIGNATURE

Bryana jones
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Cassie Wilder
SIGNATURE

Cassie Wilder
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | **JURY DEMAND** |
| ***Defendants.*** | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

SIGNATURE

Cheronica Wilson

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

C. Stanley
SIGNATURE

Consuela AD Stanley
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Courtney Wright
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Desmond Rawls
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Destiny Edwards
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Emmanuel Devereux
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Erica Sharpe
SIGNATURE

Erica Sharpe
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

India Chappell
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

SIGNATURE

Jacob Clonts

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Jai-Nadja Ellington
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**<u>CONSENT TO BECOME PARTY PLAINTIFF</u>**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Jalen Carswell
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Jameesha Cureton
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Jasmine Nicole Morten
SIGNATURE

Jasmine Nicole Morten
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]

SIGNATURE

Jasmine Collins

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Jennifer Heath
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Katrica Adams
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Kenyatta mumphery
SIGNATURE

Kenyatta mumphery
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Kimari Thomas
SIGNATURE

Kimari Thomas
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Krysto williams
SIGNATURE

Krystle Williams
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

LakishaS Curry
SIGNATURE

Lakisha Stephens Curry
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

SIGNATURE

Luz Perez

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Mia Boone
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Misty Lyn Coates Hill
SIGNATURE

Misty Lyn Coates Hill
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]

SIGNATURE

Nelida Smith

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

SIGNATURE

Quentoria Barnes

NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Raishun Anderson
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

Ralinda Cleveland
SIGNATURE

Ralinda Cleveland
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Raven Umoessien
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHERALE WILLIS, SANDY COLBERT, TIFFANEY PEACOCK, CARAL TAYLOR, and AMALIA BENVENUTTI, On Behalf of Themselves and All Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| ***Plaintiffs,*** | ) | **CASE NO. 5:23-cv-00430-MTT** |
| **v.** | ) | **CHIEF JUDGE TREADWELL** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO AND GEICO GENERAL INSURANCE COMPANY D/B/A GEICO,** | ) | **JURY DEMAND** |
| ***Defendants.*** | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiffs listed in the caption above to act as my representatives and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 11/07/2024

[signature]
SIGNATURE

Zoya Ashley
NAME (Please Print Clearly)

PLAINTIFF TO COMPLETE CONTACT INFORMATION ON REVERSE SIDE