IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHERALE WILLIS, on Behalf of Herself and All Others Similarly Situated**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO**, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 5:23-cv-430 (MTT) |

## ORDER

Before the Court is "the Parties' Joint Motion to Extend Litigation Deadlines." Doc. 85. The Parties' Motion (Doc. 85) is **GRANTED**. It is hereby **ORDERED** that:

- The deadline for the close of fact discovery is June 13, 2025;

- The deadline for Plaintiffs to disclose their expert and expert report is April 4, 2025;

- The deadline for Defendants to disclose their expert and expert report is May 2, 2025;

- The deadline for the filing of dispositive motions is July 18, 2025; and

- The deadline for the filing of *Daubert* motions is July 18, 2025.

**SO ORDERED**, this 15th day of November, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT