IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHERALE WILLIS, on Behalf of Herself and All Others Similarly Situated,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,** *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 5:23-cv-430 (MTT)** ) ) ) ) ) ) ) ) |

## ORDER

Upon consideration of extensive argument by the Parties, the Defendants are hereby **ORDERED** to produce no later than **September 16, 2025**, the following for all Opt-In Plaintiffs for whom data has not been produced: (1) identify all workweeks (for pay purposes) worked during the three-years prior to the Opt-In Plaintiff filing his or her claim in this case in any position covered by the claims in this case (i.e., workweeks that conform with the notice lists); (2) for each such workweek identify the number of hours paid to the Opt-In Plaintiff; (3) for each such workweek identify the hourly pay rate paid to the Opt-In Plaintiff; and (4) identify any paid and/or unpaid leave (including the amount of paid and/or unpaid leave) for each identified workweek for each Opt-In Plaintiff (e.g., FMLA leave).

**SO ORDERED**, this 27th day of August, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT