IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRIS RICE, On Behalf Of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 5:23-cv-414 (MTT) <br> CIVIL ACTION NO. 5:23-cv-430 (MTT)[1] |

## ORDER

The parties jointly move to consolidate the above-styled matter with *Willis, et al. v. Government Employee Insurance Company, et al.*, No. 5:23-cv-430-MTT. ECF 112. Pursuant to Fed. R. Civ. P. 42(a), the Court may consolidate actions involving a common question of law or fact. The parties and the Court agree that both cases raise substantially similar claims and involve common questions of law or fact. In addition, the parties in both cases have reached a settlement and request consolidation to streamline Court approval of their settlement agreement which covers all pending claims in both actions. ECF 112 at 1. Accordingly, the Court **GRANTS** the motion and **ORDERS** that *Rice, et al. v. Government Employee Insurance Company*, No. 5:23-cv-414-MTT be **CONSOLIDATED** into *Willis, et al. v. Government Employee Insurance Company, et al.*, No. 5:23-cv-430-MTT and that *Rice, et al. v. Government Employee Insurance*

---

[1] This Order to Consolidate Case shall also be filed in *Willis, et al. v. Government Employee Insurance Company, et al.*, No. 5:23-cv-430-MTT.

*Company*, No. 5:23-cv-414-MTT be **ADMINISTRATIVELY CLOSED**. To avoid any confusion, the parties are **ORDERED** not to include the caption of 5:23-cv-414-MTT in any future filings in this action and not to file any pleadings in 5:23-cv-414-MTT. Rather, all pleadings and documents in these now consolidated proceedings shall be filed in 5:23-cv-430-MTT.

      **SO ORDERED**, this 11th day of December, 2025.

                                              <u>S/ Marc T. Treadwell</u>
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT