IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHERALE WILLIS,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,** *et al.* <br><br> *Defendants*. | Case No. 5:23-CV-00430-MTT |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE OF FAIR LABOR STANDARDS ACT SETTLEMENT AND DISMISS WITH PREJUDICE THE NAMED PLAINTIFFS AND OPT-IN PLAINTIFFS' CLAIMS

Plaintiffs Cherale Willis, Sandy Colbert, Tiffaney Peacock, Caral Taylor, Amalia Benvenutti, and Christopher Rice ("Named Plaintiffs"), individually and on behalf of all other individuals who filed written consent forms to participate in the lawsuits captioned *Willis, et al. v. Government Employee Insurance Company, et al.*, No. 23-CV-00430 (M.D. Ga.), *Benvenutti, et al. v. GEICO General Ins. Co., et al.*, No. 22-CV-00182 (M.D. Ga.), and *Rice, et al. v. Government Employee Insurance Company*, No. 23-CV-00414 (M.D. Ga.) (the "Lawsuits"), hereby move for the Court to approve the Parties' Settlement Agreement, Release, and Waiver ("Settlement" or "Settlement Agreement") as a fair and reasonable settlement of *bona fide* disputes under the Fair Labor Standards Act ("FLSA").

The Parties' Settlement Agreement is attached hereto as <u>Exhibit A</u>. Additionally, a Declaration of David Garrison, Excerpts from the April 23, 2025, Status/Discovery Conference Hearing Transcript for this matter, and a Declaration of Richard Roucho are attached to this Motion

as Exhibits B, C, and D, respectively. Those Declarations and the transcript excerpt are referenced in the attached Memorandum in Support filed in support of this Motion.

For the reasons set forth in the attached Memorandum, the Settlement Agreement should be approved. Defendants do not oppose this Motion.

A proposed order granting this relief is attached hereto.

Date: December 23, 2025                                   Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON***
**JOSHUA A. FRANK***
**NICOLE A. CHANIN***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**RICHARD ROUCO**
**GEORGE N. DAVIES**
**ZAKARY PEARSALL**
QUINN, CONNOR, WEAVER, DAVIES & ROUCO, LLP
2 - 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
rrouco@qcwdr.com
gdavies@qcwdr.com
zpearsall@qcwdr.com

**NICHOLAS STANOJEVICH**
**TESSA A. WARREN**
QUINN, CONNOR, WEAVER, DAVIES & ROUCO, LLP
4100 Perimeter Park South
Atlanta, GA 30341
Telephone: (404) 299-1211
nstanojevich@qcwdr.com
twarren@qcwdr.com

*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion to Approve Fair Labor Standards Act Settlement and Dismiss with Prejudice the Named Plaintiffs and Opt-In Plaintiffs' Claims* filed electronically with the Clerk's office by using the CM/ECF system on December 23, 2025, and served upon Defendants' Counsel as indicated below:

**Gerald L. Maatman, Jr.**
**Jennifer A. Riley**
**Alex W. Karasik**
**Gregory R. Tsonis**
**Tiffany E. Alberty**
**Ryan T. Garippo**
**George J. Schaller**
**Bernadette M. Coyle**
**Zev Grumet-Morris**
**Brett Bohan**
**Christian Palacios**
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312-499-6710
Facsimile: 312-499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
awkarasik@duanemorris.com
gtsonis@duanemorris.com
tealberty@duanemorris.com
rgarippo@duanemorris.com
gschaller@duanemorris.com
bcoyle@duanemorris.com
zgrumetmorris@duanemorris.com
bbohan@duanemorris.com
cpalacios@duanemorris.com

**Adam C. Keating**
DUANE MORRIS LLP
1075 Peachtree Street, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6919
Facsimile: (404) 745-8435
akeating@duanemorris.com

**Nicolette J. Zulli**
DUANE MORRIS LLP
1300 Post Oak Blvd., Suite 1500

Houston, TX 77056
Telephone: (713) 402-3900
njzulli@duanemorris.com

**Rebecca S. Bjork**
**Anna M. Sheridan**
DUANE MORRIS LLP
901 New York Avenue NW, Suite #700
Washington, D.C. 20001
Telephone: (202) 7765264
rsbjork@duanemorris.com
asheridan@duanemorris.com

*Counsel for Defendants*

            <u>/s/ David W. Garrison</u>
            DAVID W. GARRISON
            **BARRETT JOHNSTON**
              **MARTIN & GARRISON, PLLC**